IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TRAVIS BRANN, as the Administrator of
the Estate of Aaron Lee Brann                                                              PLAINTIFF

v.                                       No. 6:16-CV-06075

LANE MAYO, Individually and as a Garland County
Deputy Sheriff, et al.                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's federal claims are DISMISSED WITH PREJUDICE and his state law claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 14th day of July, 2017.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE